| PROB 22<br>(Rev. 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>5:08CR01071-004 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>3:15CR-52-TBR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Eugene Sanders | DISTRICT<br><br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br><br>Laredo | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 0 2 2015<br>David J. Bradley, Clerk<br>Laredo Division |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Micaela Alvarez | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>05/01/2015 | TO<br>04/30/2018 |

OFFENSE

Conspiracy to transport an undocumented alien within the United States for commercial advantage or private financial gain, 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION**

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

May 19, 2015
*Date*

*[signature]*
The Honorable Marina Garcia Marmolejo
*United States District Judge*

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION**

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

*[signature]*
Thomas B. Russell, Senior Judge
United States District Court

May 29, 2015
*Effective Date*

*United States District Judge*

policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Kentucky

### Notice of Electronic Filing

The following transaction was entered on 6/2/2015 at 10:46 AM EDT and filed on 6/2/2015

**Case Name:** USA v. Sanders
**Case Number:** <u>3:15-cr-00052-TBR</u>
**Filer:**
**Document Number:** <u>3</u>

**Docket Text:**
**Attached is the Transfer Order transferring jurisdiction to Kentucky Western pertaining to your case 5:08CR01071-004. The KYWD case number is 3:15CR-52-R. Documents will be retrieved from PACER, excluding sealed documents, in which we will contact your office, if applicable advise your district U.S. Probation office of the transfer. Please forward all financial information pertaining to this case to Jillian Harris@kywd.uscourts.gov.If you should have any further questions, please emailkywdml_CRAssignment@kywd.uscourts.gov (KJA)**


**3:15-cr-00052-TBR-1 Notice has been electronically mailed to:**

**3:15-cr-00052-TBR-1 Notice will not be electronically mailed to.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=6/2/2015] [FileNumber=2513807-0]
[8e1d31aed3674a7cb82b3b1db7dbfe59167f8904edf35219b41a72d6ee5c861813c a 5f807a91108c5d4512071b1d27a0fbec3d45110e4227a90d5e035461845a]]